IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JESUS ARZAGA,

    Plaintiff,       No. CIV S-10-2084 CMK (TEMP) P

  vs.

LOVETT, et al.,

    Defendants.     ORDER

_____/

      By an order filed September 24, 2010, plaintiff was ordered to file an in forma pauperis affidavit within thirty days and was cautioned that failure to do so would result in dismissal. Plaintiff was granted an extension of time in which to file a completed application to proceed in forma pauperis, but has not done so or otherwise responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: January 12, 2011

                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE

2/arza2084.fip