IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JESUS ARZAGA,

    Plaintiff,                     No. CIV S-10-2084 CMK (TEMP) P

    vs.

LOVETT, et al.,

    Defendants.            ORDER

        On January 12, 2011, the court dismissed this action because plaintiff failed to pay the filing fee or a completed application to proceed in forma pauperis. Plaintiff requests reconsideration of that order.

        A court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

        Plaintiff does not present evidence which was not available to him prior to the entry of judgment. Plaintiff has not shown that court erred in dismissing this action or that dismissal is manifestly unjust. There has been no change in the relevant law.

Accordingly, IT IS HEREBY ORDERED that plaintiff's January 28, 2011 motion for reconsideration is denied.

DATED: May 10, 2011

                                                         _____
                                                         **CRAIG M. KELLISON**
                                                         UNITED STATES MAGISTRATE JUDGE

kc
arza2084.fip