IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JESUS ARZAGA,

      Plaintiff,                     No. CIV S-10-2084 CMK (TEMP) P

  vs.

LOVETT, et al.,

      Defendants.            ORDER

_____/

       On May 25, 2011, plaintiff filed a document titled "exparte motion for review; of reconsideration motion 1-12-2011." On January 12, 2011, this action was dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. On May 11, 2011, plaintiff's request for reconsideration of that order was denied. To the extent petitioner again seeks reconsideration of the order of dismissal, petitioner's request is denied as he has not shown good cause for reconsideration. Also, petitioner is hereby informed that no orders will issue in response to future filings in this case.

DATED: June 6, 2011

                                                                        **CRAIG M. KELLISON**
                                                                        UNITED STATES MAGISTRATE JUDGE

kc
arza2084.rec